# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

|  |  |
|---|---|
| In re: | : |
|  | : |
| **Michael J. Werden AKA Mike Werden** | : **Case No.:  10-00105** |
|  | : **Chapter 13** |
|  | : **Judge Donald R. Cassling** |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * |
|  | : |

**Name of creditor**    J.P. Morgan Mortgage Acquisition Corp., by and through its mortgage servicing agent Residential Credit Solutions

**Court claim no.** (if known) _____

**Last four digits** of any number you use to identify the debtor's account:    7525 _____

---

## Response to Notice of Final Cure Payment

As contemplated by Fed. R. Bankr. Proc. 3002, J.P. Morgan Mortgage Acquisition Corp., by and through its mortgage servicing agent Residential Credit Solutions, ("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 02/24/15 and filed as Docket No. 53

## Pre-Petition Default Payments (applicable option is checked)

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

## Post-Petition Default Payments (applicable option is checked)

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☒ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:     $28,211.09

Attached as Exhibit A is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Pursuant to Federal Bankruptcy Rule 3002.1(h), within 21 days of the service of this Response, the Trustee and/or the Debtor shall request a hearing to determine whether the Debtor has cured the default and paid all required post-petition amounts.  If no request for hearing is made, Creditor's Response shall be accepted as an accurate statement of the loan's status.

14-024502_CJP

## Sign Here

**x**    /s/ Shara C. Cornell
Signature

Date   March 16, 2015

Print:    Shara C. Cornell (02118-2011)

Title   Attorneys for Creditor

Sarah E. Willms (28840-64)

Stacey A. O'Stafy (0070386)

Keith Levy (6279243)

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
Number        Street

Columbus OH  43216-5028
City            State        ZIP Code

Contact phone    614-220-5611

Email    sccornell@manleydeas.com

14-024502_CJP

## Exhibit A: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | 04/02/2012 | (2) | $ 75.00 |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 13 payments at $1,823.93 each | 3/01/2014-3/01/2015 | (15) | $ 23,711.09 |
| 16. | ___ number of payments at $_____. (Edit blanks with complete info regarding unpaid payments.) | | (16) | $ |
| 17. | ___ number of payments at $_____. (Edit blanks with complete info regarding unpaid payments.) | | (17) | $ |
| 18. | Attorney Fees | 06/13/2012 | (18) | $ 50.00 |
| 19. | Other. Specify: _____ | | (19) | $ |
| 20. | Other. Specify: _____ | | (20) | $ |

Total prepetition fees, expenses, and charges. Add all of the amounts listed above.     (21) $ 28,211.09

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final

Cure was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Stephen J. Costello
Attorney for Michael J. Werden AKA Mike Werden
Costello & Costello
19 N Western Ave Rt 31
Carpentersville, IL 60110
steve@costellolaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on March 16, 2015:

Michael J. Werden AKA Mike Werden
431 S. Main Street
Bartlett, IL 60103

/s/ Shara C. Cornell

14-024502_CJP